# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Frederick Philip Hammer, II  :  Chapter 13
: No.  19-15084
:

## ORDER

AND NOW, this 29th day of August, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before September 16, 2019.

_____
**Magdeline D. Coleman**
**Chief United States Bankruptcy Judge**

See Attached List

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Frederick Philip Hammer, II
2 Fenimore Lane
Wayne, PA 19087

All Interested Parties