United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15084-mdc
Frederick Philip Hammer, II                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Aug 29, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db             +Frederick Philip Hammer, II,   2 Fenimore Lane,   Wayne, PA 19087-3621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
              ANTHONY A. FRIGO    on behalf of Debtor Frederick Philip Hammer, II anthonyfrigo@msn.com,
               frigoar70666@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Frederick Philip Hammer, II
:
:
:

Chapter 13
No. 19-15084

## ORDER

AND NOW, this 29th day of August, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before September 16, 2019.

*Magdeline D. Coleman*
**Magdeline D. Coleman**
**Chief United States Bankruptcy Judge**

See Attached List

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Frederick Philip Hammer, II
2 Fenimore Lane
Wayne, PA 19087

All Interested Parties