**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                Chapter 13

                                Bankruptcy No. 19-15084-MDC

    FREDERICK PHILIP HAMMER. II

    2 FENIMORE LANE

    WAYNE, PA 19087-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FREDERICK PHILIP HAMMER. II

    2 FENIMORE LANE

    WAYNE, PA 19087-

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

Date: 10/31/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee