United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-15084-mdc
Frederick Philip Hammer, II                                         Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 1              Date Rcvd: Feb 21, 2020
                              Form ID: pdf900           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
```
db            +Frederick Philip Hammer, II,   2 Fenimore Lane,    Wayne, PA 19087-3621
14391350       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14377337      +M & T Bank,    C/O KML Law Group,   701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14379978      +M&T Bank,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
14372970      +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,   Po Box 660360,
                Dallas, TX 75266-0360
14372971       Pennsylvania Dept. of Revenue,    Dept 280948,   Harrisburg, PA 17128-2601
14372973      +TekCollect Inc,   Attn: Bankruptcy,    Po Box 1269,   Columbus, OH 43216-1269
14372974      +The Law Offices of Anthony A. Frigo,    175 Strafford Ave., Suite One,   Wayne, PA 19087-3317
14403789       TriHealth,   PO Box 1123,   Minneapolis, MN 55440-1123
14372976      +Wf/home Pr,   Attn: Bankruptcy,    Po Box 51193,   Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:04    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2020 03:24:08
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2020 03:24:52    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14372967       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 22 2020 03:23:46    Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14372968       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 03:24:45    Jefferson Capital Systems, LLC,
                Po Box 1999,   Saint Cloud, MN 56302
14408101       E-mail/Text: camanagement@mtb.com Feb 22 2020 03:23:51    M&T Bank,   PO Box 840,
                Buffalo, NY 14240
14372969       E-mail/Text: camanagement@mtb.com Feb 22 2020 03:23:51    M & T Bank,    Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
14372972       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 03:28:41
                Portfolio Recovery,    Attn: Bankruptcy,   120 Corporate Blvd,   Norfold, VA 23502
14408376       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 03:29:06
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14372975      +E-mail/Text: vci.bkcy@vwcredit.com Feb 22 2020 03:24:42    Volkswagen Credit, Inc,
                Attn: Bankruptcy,    Po Box 3,   Hillboro, OR 97123-0003
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:
```
              ANTHONY A. FRIGO    on behalf of Debtor Frederick Philip Hammer, II anthonyfrigo@msn.com,
               frigoar70666@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Frederick Philip        :        Chapter 13
         Hammer, II              :        No.    19-15084
                                 :

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.    This chapter 13 bankruptcy case is **DISMISSED**.

2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.    Any wage orders previously entered are **VACATED**.

4.    Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.    All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.    Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 2/20/2020

*Magdeline D. C—*
MAGDELINE D. COLEMAN
CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT