United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frederick Philip Hammer, II  
     Debtor

Case No. 19-15084-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 26, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.  
db          +Frederick Philip Hammer, II,   2 Fenimore Lane,   Wayne, PA 19087-3621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:  
         ANTHONY A. FRIGO   on behalf of Debtor Frederick Philip Hammer, II anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com  
         REBECCA ANN SOLARZ   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Frederick Philip Hammer, II     :   Chapter 13
                                        :   No.   19-15084

## ORDER

AND NOW, this 26th day of March, 2020, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $4.500.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $1,000.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Court